Loretta C. Andres, Plaintiff and Counterdefendant-Appellant, *v.* Paul Andres, Defendant and Counterplaintiff-Appellee.

(No. 57438;

First District (1st Division)—January 21, 1974.

Opinion by Mr. PRESIDING JUSTICE EGAN.

Victor Brown, of Legal Aid Bureau, of Chicago, for appellant.

Barclay, Damisch & Sinson, Ltd., of Chicago (Junie L. Sinson and Theodore W. Wrobleski, of counsel), for appellee.